889 A.2d 416

**Heidi BEILIS**

v.

**AMERICAN RADIOLOGY ASSOCIATES, P.A.**

**No. 108, Sept. Term, 2005.**

Court of Appeals of Maryland.

Jan. 9, 2006.

Mark D. Gately, Mark S. Saudek, and Michael J. O'Connor of Hogan and Hartson L.L.P., Baltimore, for appellant.

George A. Nilson, Russell H. Gardner, and Linda M. Boyd of DLA Piper Rudnick Gray Cary US LLP, Baltimore, for appellee.

Submitted before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 9th day of January, 2006,

ORDERED, by the Court of Appeals of Maryland, that the case be, and it is hereby, remanded to the Court of Special Appeals with directions to dissolve the injunction previously issued by that Court and to dismiss the appeal as moot. Costs in this Court and in the Court of Special Appeals to be paid by the appellant, Heidi Beilis.